[No. 57651-8-I.   Division One.   April 21, 2008.]

*In the Matter of the Personal Restraint of* MONTGOMERY A. MANRO, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 57861-8-I.   Division One.   April 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD JAMES UPCHURCH, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02014-4, James H. Allendoerfer, J., entered March 6, 2006. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Leach, JJ.

[No. 59113-4-I.   Division One.   April 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHANIE M. MARINOFF, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-06069-3, Andrea A. Darvas, J., entered October 9, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59162-2-I.   Division One.   April 21, 2008.]

THOMAS J. BIGFORD, *Appellant*, v. GREGORY T. COOMES ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-27200-9, Paris K. Kallas, J., entered November 8, 2006. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Lau, JJ.